```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
                                                             :
                                                             :
ALI CISSE,                                                   :
                                      Petitioner,            :
                                                             :
              -against-                                      :
                                                             :      20 Civ. 3869 (LGS)
LETITIA JAMES,                                               :
                                      Respondent.            :      ORDER
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 19, 2020, Petitioner filed a pro se petition for habeas relief pursuant to 28 U.S.C. § 2254 (the "Petition").

WHEREAS, by Order dated May 20, 2020, this matter was referred to Magistrate Judge Robert W. Lehrburger for Habeas Corpus.

WHEREAS, on July 2, 2021, Judge Lehrburger issued a Report and Recommendation (the "Report"), recommending that the Petition be dismissed in its entirety.

WHEREAS, as stated in Judge Lehrburger's Report, the deadline for any objections was fourteen days from service of the Report.

WHEREAS, Petitioner was granted extensions to file objections on July 30, 2021, September 3, 2021, October 29, 2021 and January 12, 2022.

WHEREAS, no timely objection was filed.

WHEREAS, in reviewing a Magistrate Judge's report and recommendation, a District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment; *accord Anderson v. Comm'r of Soc. Sec.*, No. 20 Civ. 6462, 2022 WL 925070, at *1 (S.D.N.Y. Mar. 29, 2022).

WHEREAS, the Court finds no clear error on the face of the record. It is hereby **ORDERED** that the Report is ADOPTED and the Petition is DENIED. The Clerk of Court is respectfully directed to close the case and mail a copy of this Order to Pro se Petitioner.

Dated: April 12, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**