UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALI CISSE,
               Petitioner,                                  20 **CIVIL** 3869 (LGS)

       -against-                                       **JUDGMENT**

LETITIA JAMES,
               Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 12, 2022, the Court finds no clear error on the face of the record. The Report is ADOPTED and the Petition is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
         April 21, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                                        **BY:**
                                                               **Deputy Clerk**